IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH PHILIP DEANGELO,

    Plaintiff,

v.                                                 CASE NO. 4:06-cv-00495-MP-WCS

STATE OF FLORIDA,
CHARLES V. CRIST,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 15, Report and Recommendation of the Magistrate Judge, which recommends that Plaintiff Deangelo's complaint be dismissed without prejudice. The Magistrate Judge filed a Report and Recommendation on Monday, June 11, 2007. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), the Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were filed.

By prior order, Plaintiff was directed to file an amended complaint. Because Plaintiff has failed to obey this order, or to prosecute this case, the Magistrate recommends that this case be dismissed without prejudice. Since Plaintiff has failed to show cause for this failure, the Court agrees with the Magistrate that dismissal of this case is warranted. Therefore, having considered the Report and Recommendation and the lack of objections filed, I have determined that the Report and Recommendation should be ADOPTED.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff Deangelo's complaint, Doc. 1, is dismissed without prejudice.

**DONE AND ORDERED** this   *11th* day of July, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge